UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union Of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees,<br><br>         Plaintiffs,<br><br>v.<br><br>Howard Zaback, d/b/a Zaback Excavating.,<br><br>         Defendant. | Court File No 07-247 PAM/JSM<br><br>**ORDER** |

_____

  Based upon the Stipulation of the parties, the Clerk is directed to dismiss the above action with prejudice and without costs and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   September  20,  2007         s/Paul A. Magnuson
                          Honorable Paul A. Magnuson
                          United States Senior District Judge